FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Dec 08, 2022

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>KHALIL ABDUL-RAZAQ (20),<br><br>Defendant. | No. 4:21-CR-6042-MKD-20<br><br>ORDER GRANTING UNOPPOSED MOTION TO MODIFY CONDITIONS OF RELEASE<br><br>**ECF No. 692** |
|---|---|

Before the Court is Defendant's Unopposed Motion to Modify Conditions of Release, ECF No. 692. Defendant Khalil Abdul-Razaq (20) moves the Court to modify Special Conditions of Release 9 and 10, of the Court's April 14, 2022 Order Granting Defendant's Unopposed Motion to Reopen Detention Hearing and Setting Conditions of Release. ECF No. 483. Special Conditions 9 and 10 require GPS ankle monitoring and home detention. Defendant Abdul-Razaq (20) asks the Court to strike the conditions entirely. The United States and the United States Probation/Pretrial Services Office do not object to the request.

ORDER GRANTING UNOPPOSED MOTION TO MODIFY CONDITIONS OF RELEASE - 1

Defendant Abdul-Razaq (20) represents that he has not had any release violations since his release in April of 2020. He seeks the modifications to facilitate his work and internship. The Court has reviewed the record and the motion and finds good cause to grant the request.

Accordingly, **IT IS HEREBY ORDERED:**

1. Defendant Khalil Abdul-Razaq's (20)'s Unopposed Motion to Modify Conditions of Release, **ECF No. 692**, is **GRANTED.**

2. **Special Condition No. 9** (ECF No. 483) is **STRICKEN.**

3. **Special Condition No. 10** (ECF No. 483) is **STRICKEN.**

4. All other conditions and special conditions of release shall remain in effect.

**IT IS SO ORDERED**. The District Court Clerk is hereby directed to enter this Order and provide copies to counsel and the United States Probation Office.

DATED December 8, 2022.

<u>*s/Mary K. Dimke*</u>
MARY K. DIMKE
UNITED STATES DISTRICT JUDGE

ORDER GRANTING UNOPPOSED MOTION TO MODIFY CONDITIONS OF RELEASE - 2